**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-103-DCK**

| | |
|---|---|
| TERRI JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MONARCH KNITTING MACHINERY ) | |
| CORPORATION et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

      **THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the mediation deadline. Pursuant to the "Pretrial Order and Case Management Plan" (Document No. 20), the parties were to select a mediator and file a report with the Court stating the identity of the mediator selected by **July 9, 2012**. A report on the *results* of mediation is due to be filed on or before **November 7, 2012**.

      To date, the parties have not filed a report stating the identity of their mediator. The Court recently received a "Designation Of Mediator" form from James. M. Shannonhouse, purportedly identifying the parties' chosen mediator and seeking an "Order Designating Mediator." The undersigned does not find that this *ex parte* communication satisfies the requirements of the "Pretrial Order...," and moreover, this communication may be unnecessary and/or improper.

      **IT IS, THEREFORE, ORDERED** that the parties shall file a report with the Court identifying their chosen mediator on or before **July 20, 2012**.

      **SO ORDERED**.

Signed: July 16, 2012

_David C. Keesler_
United States Magistrate Judge